```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  COURTNEY FEIN, #244785
   Assistant Federal Defender
3  Designated Counsel For Service
   801 I Street, 3rd Floor
4  Sacramento, California 95814
   Telephone: (916) 498-5700
5
6  Attorneys for Defendant
   RAFAEL PAHUA-MARTINEZ
7
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. Cr. S. 10-0513 LKK |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER TO CONTINUE<br>) STATUS CONFERENCE |
| v. | ) |
| | ) Date: February 8, 2011 |
| RAFAEL PAHUA-MARTINEZ | ) Time: 9:15 a.m. |
| | ) Judge: Hon. Lawrence K. Karlton |
| Defendant. | ) |

THE PARTIES STIPULATE, through counsel, Michele Beckwith, Assistant United States Attorney, and Courtney Fein, Assistant Federal Defender, attorney for RAFAEL PAHUA-MARTINEZ, that the Court should vacate the status conference scheduled for February 1, 2011, at 9:15 a.m., and reset it for February 8, 2011, at 9:15 a.m.

Counsel for the defendant will require further time to review the plea offer and the pre-sentence report with her client once she receives them. The parties further stipulate that the Court should exclude the period from the date of this order through February 8, 2011, when it computes the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial

STIPULATION AND ORDER                    1                          Pahua-Martinez

1  Act.  The parties stipulate that the ends of justice served by granting
2  the defendant's request for a continuance outweigh the best interest of
3  the public and the defendant in a speedy trial, and that this is an
4  appropriate exclusion of time for defense preparation within the
5  meaning of 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) (Local Code T4).

Dated: January 27, 2011          Respectfully submitted,

                                 DANIEL BRODERICK
                                 Federal Defender

                                 /s/ C. Fein
                                 _____
                                 COURTNEY FEIN
                                 Assistant Federal Defender

Dated: January 27, 2011          BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ C.Fein for
                                 _____
                                 MICHELE BECKWITH
                                 Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**  The status conference is continued to February 8, 2011 at 9:15 a.m.  The court finds that a continuance is necessary for the reasons stated above, and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through February 8, 2011, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: January 27, 2011

                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT