IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | | |
| Respondent, | No. 2:10-cr-0513 LKK AC (HC) | |
| vs. | | |
| RAFAEL PAHUA-MARTINEZ, | | |
| Movant. | FINDINGS AND RECOMMENDATIONS | |

Respondent, on October 20, 2011, filed a motion to dismiss movant's motion under 28 U.S.C. § 2255 to vacate, set aside or correct his sentence. Having failed to oppose the motion, movant was directed, by order filed on February 3, 2012, to file an opposition, if any, within thirty days, and cautioned that failure to do so would be deemed consent to the granting of the motion, as well as dismissal for lack of prosecution and for failure to comply with Local Rules 230(l) and 110 (which were set forth in relevant part) and with a court order. In addition, movant was informed that such failure would result in a recommendation of dismissal of this action, pursuant to Fed. R. Civ. P. 41(b). The thirty-day period has long since expired and movant has not filed an opposition or otherwise responded to the court's order.

Accordingly, IT IS RECOMMENDED that, pursuant to Fed. R. Civ. P. 41(b), this

1

1 action be dismissed.

2       These findings and recommendations are submitted to the United States District 3 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen 4 days after being served with these findings and recommendations, any party may file written 5 objections with the court and serve a copy on all parties.  Such a document should be captioned 6 "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections 7 shall be served and filed within fourteen days after service of the objections.  The parties are 8 advised that failure to file objections within the specified time may waive the right to appeal the 9 District Courts order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

10 DATED: November 30, 2012

11         /s/ Allison Claire
        ALLISON CLAIRE
12         UNITED STATES MAGISTRATE JUDGE

14 AC:009
pahu0513.fr